IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 16 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MATT JACKSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| V. | ) Civil Action No.: SA-03-CV-49-EP |
| THE CITY OF SAN ANTONIO, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING MOTION TO COMPEL**

On this day the Court considered the defendant's motion to compel filed in the above numbered and styled cause. In its motion, the defendant complained about the inadequacy of the plaintiffs' disclosures under Rule 26(a)(1)(A) - (C) of the Federal Rules of Civil Procedure.[1] After reviewing the plaintiff's initial disclosures, the Court agrees that the disclosures do not provide any degree of specificity and that the defendant is entitled to more detailed information. As a result, the Court GRANTS the defendant's motion (docket entry # 9) and ORDERS the plaintiffs to fully comply with Rule 26(a)(1)(A) - (C) by **May 19, 2003.**

SIGNED this 16th day of April, 2003.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiffs did not respond to the defendant's motion within the time permitted under the Local Rules for this district.